UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN P. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO SHERIFF'S DEPT. DEPUTIES WINTON # 1135, STAFFORD # 1116, MAGGINI #183, FELDMAN #1288<br><br>　　　　Defendants. | No.  2:16-cv-02927 JAM AC (PS)<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this case without counsel.  Plaintiff has filed a document stating that he does not "want to cause the officers problems," and asking the court to "stop this case," and to "re-call the judge's order."  ECF No. 8.  The court interprets the document to be a request for voluntary dismissal of the action.  No opposing party having served an answer or motion for summary judgment, no order of the court is needed for this dismissal.  Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this case.

DATED: February 23, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE